JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALONSO MENDEZ-MENDOZA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN, FCI-VICTORVILLE ONE,<br><br>　　　　Respondent. | No. 5:24-cv-01727-JGB-BFM<br><br>**JUDGMENT** |

　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: November 19, 2025

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE